THE PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* PEDRO ANGEL LÓPEZ MORALES, Defendant and Appellant.

No. 9731. Argued February 17, 1943.—Decided March 8, 1943.

E. *Pérez Casalduc* for appellant.   R. A. *Gómez, Prosecuting Attorney (Fiscal),* for appellee.

MR. JUSTICE SNYDER delivered the opinion of the court.

This appeal involves the sufficiency of the proof offered by the government to sustain a charge of illegal carrying of arms. The only defense was that the gun was seized while the defendant was in his home. But the testimony showed that the defendant was in a room with a prostitute in a

house of prostitution when he was apprehended with the gun in question. It is difficult to believe that the defendant is pressing seriously the contention that those facts bring him within the exception provided for guns kept in the home.

The judgment of the district court will be affirmed.

Mr. Justice De Jesús did not participate herein.